UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-CR-14031-MOORE

UNITED STATES OF AMERICA,

vs.

FREDDIE ANDERSON,

    Defendant.
_____/

### JUDGMENT FOR MODIFICATION OF TERMS OF SUPERVISED RELEASE

THIS CAUSE came before the Court upon the [460] Report and Recommendation on Petition for Modification of the Conditions or Term of Supervision, issued August 16, 2012 by United States Magistrate Judge Frank J. Lynch. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Agreed Recommended Resolution of Petition for Modification [458] is accepted as executed by the parties and the Defendant's judgment and sentence is hereby amended to include those additional terms of supervised release.

DONE AND ORDERED in Chambers, at Miami, Florida this 11th day of September, 2012.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

All Counsel and pro se parties of record